**UNITED STATES BANKRUPTCY COURT**
**Northern District of Georgia**
**Atlanta Division**

| | | |
|---|---|---|
| In Re: | Debtor(s)<br>**Heathcliff R Cooper**<br><br>**Desyln P Cooper** | Case No.: **18−67812−jwc**<br>Chapter:  **7** |

# Order Dismissing Case For Failure Of Debtor To Correct Filing Deficiency

The above referenced case was filed on October 23, 2018. A Notice was issued by the Clerk on October 24, 2018 directing the debtor to correct one or more filing deficiencies, and the debtor has failed to comply with the Notice, and/or any subsequent order extending the time to cure filing deficiencies. Accordingly, it is hereby

ORDERED THAT THIS CASE IS DISMISSED.

Any unpaid filing fees must be paid by the Debtor(s) to the Clerk of the United States Bankruptcy Court by December 10, 2018.

The Clerk is directed to serve a copy of this Order on the Debtor(s), the Attorney for the Debtor(s), any Trustee, all creditors and other parties in interest. The Attorney for the Debtor(s) shall serve a copy of this Order upon any employer of the Debtor(s) who is subject to an Employer Deduction Order.

**SO ORDERED,** on November 26, 2018.

Jeffery W. Cavender
United States Bankruptcy Judge

**Clerk, United States Bankruptcy Court**
**Atlanta Division**
**1340 United States Courthouse**
**75 Ted Turner Drive SW**
**Atlanta, GA 30303**

Dated: 11/26/18

Form 522